■ In the Matter of LISA M. YAEGER, for Reinstatement to the Practice of Law in the State of New York. [21 NYS3d 677]— Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Smith, J.P., Carni, Valentino and DeJoseph, JJ. (Filed Dec. 8, 2015.)